In the Matter of the Estate of Angela Di Bella, Deceased. Florence Tanzini, as Administratrix of the Estate of Angelo Di Bella, Deceased, Respondent; Carmelo A. Rigono, as Administrator of the Estate of Angela Di Bella, Deceased, et al., Appellants.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [199 Misc. 847.]